IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:   Victoria Allen                    )
                                           )      Bankruptcy Case No. 15-40055
                                           )
             Debtor.                       )

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Dana B. Wilders of Krigel & Krigel, P.C. hereby enters her appearance as counsel for Debtor in the above action. In doing so, the law firm of Krigel & Krigel, P.C. requests that all notices and pleadings be forwarded to Dana B. Wilders of the firm, at 4520 Main Street, Suite 700, Kansas City, MO 64111, or by electronic mail to: dwilders@krigelandkrigel.com.

Dated: November 24, 2015

KRIGEL & KRIGEL, P.C.

/s/ Dana B. Wilders
Dana B. Wilders MO 59703
4520 Main Street Suite 700
Kansas City, MO 64111
Telephone: 816-756-5800
Facsimile: 816-756-1999
dwilders@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015 a copy of the foregoing was mailed, either electronically or by U. S. Postal Service, postage prepaid, to all persons requesting notice through the Court's ECF noticing system.

/s/ Dana B. Wilders
Dana B. Wilders